IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CHRIS JACKSON,                  )
                                )
        Plaintiff,               )
                                )
    v.                          )       1:14CV1082
                                )
RECEIVABLES PERFORMANCE         )
MANAGEMENT, L.L.C.,             )
                                )
        Defendant.              )
```

## ORDER GRANTING MOTION TO STAY

This matter is before the court on the parties' Consent Motion to Stay Litigation Pending Arbitration (Doc. 12). It appears to the court that based on the evidence submitted the parties stipulate and agree that there is a dispute between them and agree that their dispute should be arbitrated in accordance with the Arbitration Provision.

**IT IS THEREFORE ORDERED** that the parties' consent motion (Doc. 12) is **GRANTED** and that pursuant to 9 U.S.C. § 3, this action is **STAYED** until arbitration has been had in accordance with the terms of the Arbitration Agreement.

The Clerk shall mark the case as inactive. Within 30 days of completion of the arbitration, the parties shall file a joint report advising the court of completion of the arbitration and whether further proceedings in this court are required.

This the 8th day of July, 2015.

                                             */s/ William L. Osteen, Jr.*
                                            United States District Judge